Case 4:10-cr-40029-GPM   Document 18   Filed 06/14/10   Page 1 of 2   Page ID #28

**FILED**
JUN 14 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

AO 245D    (Rev. 03/06) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of _____ ILLINOIS _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MICHAEL O. QUILLMAN | Case Number: 4:10CR40029-001-GPM |
|  | USM Number: 33434-086 |
|  | Melissa Day, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Statutory, Standard  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 5/14/2010 |
| Standard #2 | Defendant failed to file timely written reports | 4/1/2010 |
| Standard #3 | Defendant failed to follow instructions | 4/14/2010 |
| Standard #5 | Defendant failed to work regularly | 3/1/2010 |
| Standard #6 | Defendant failed to notify probation of change in residence | 4/1/2010 |
| Standard #11 | Defendant failed to notify probation of contacts w/law enforcement | 1/16/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: ***-**-7110 | June 14, 2010 |
|---|---|
| Defendant's Date of Birth: **-**-1973 | Date of Imposition of Judgment |
|  | _(signature)_ |
|  | Signature of Judge |
| Defendant's Residence Address: |  |
| City: Omaha |  |
| State: IL | Hon. G. Patrick Murphy, U. S. District Judge |
|  | Name and Title of Judge |
|  | 06/14/10 |
|  | Date |
| Defendant's Mailing Address: |  |
| SAME |  |

AO 245D    (Rev. 03/06 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__

DEFENDANT:      MICHAEL O. QUILLMAN
CASE NUMBER:    4:10CR40029-001-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

24 TOTAL MONTHS.  This term consists of 24 months on each count, to run concurrently.

☒   The court makes the following recommendations to the Bureau of Prisons:

    That defendant be housed as close to home as possible.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

                                                 _____
                                                 UNITED STATES MARSHAL

                                          By     _____
                                                 DEPUTY UNITED STATES MARSHAL